IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:16-CR-46 |
| | § | (Judge Marcia Crone) |
| DONALD RAY TURK (3) | § | |

## **ELEMENTS OF THE OFFENSE**

### **Count Five**

18 U.S.C. § 4

You are charged in Count Five of the indictment with a violation of 18 U.S.C. § 4, misprision of a felony: that is, bribery of a public official.

The essential elements which must be proven to establish the 18 U.S.C. § 4 violation are:

<u>First:</u>   That a federal felony was committed, as charged in Count One of the indictment;

<u>Second:</u>   That the defendant had knowledge of the commission of the felony;

<u>Third:</u>   That the defendant failed to notify an authority as soon as possible. An "authority" includes a federal judge or some other federal civil or military authority, such as a federal grand jury, Secret Service or FBI Agent; and

<u>Fourth:</u>   That the defendant did an affirmative act, as charged, to conceal the crime.

JOHN M. BALES
UNITED STATES ATTORNEY

*/s/ John A. Craft*
JOHN A. CRAFT
Assistant United States Attorney
Florida Bar No. 0056332
350 Magnolia, Suite 150
Beaumont, Texas  77701
(409) 839-2538
(409) 839-2550 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered by electronic delivery to defendant's attorney 13th day of June of 2016.

*/s/ John A. Craft*
JOHN A. CRAFT