| | | | |
|---|---|---|---|
| DATE | October 11, 2016 | CASE NUMBER | 1:16-cr-46-4 (MC) |
| LOCATION | Beaumont | | John Craft — Assigned |
| JUDGE | Keith F. Giblin | VS | John Craft — Appeared |
| DEPUTY CLERK | Kyla Dean | | |
| RPTR/ECRO | Kyla Dean (FTR) | | |
| USPO | Mark Goforth | | LEDARRIS LIMBRICK |
| INTERPRETER | | | Defendant |
| BEGIN | 2:04 pm – 2:08 pm; 2:16 pm | | |
| ☐ Interpreter Sworn | | | Attorney |

- ✔ INITIAL APPEARANCE  ☐ SUBSEQUENT INIT APPEARANCE ON: Indictment
- ✔ Hearing Held  ☐ Hearing Called
- ✔ Dft appears:  ☐ with  ☐ w/o cnsl  ☐ pro se  ☐ Cnsl appears on behalf of deft
    - Appears on:  ✔ Indictment  ☐ Indictment unsealed
- ✔ Date of arrest: 10/11/2016  or  ☐ Rule 5(c)  (dist & case #)
- ✔ Dft  ✔ Dft sworn  ✔ advised of charges  ✔ advised of maximum penalties  ✔ advised of right to remain silent;
- ✔ Advised of right to counsel
- ☐ Dft first appearance with counsel  ☐ CJA  ☐ Ret.  ☐ USPD
- ☐ Dft advises the Court that he/she  ☐ has counsel who is _____  or, ☐ will hire counsel.
- ☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
- ✔ Dft Requests appointed counsel, is sworn & examined re: financial status.
- ✔ Financial Affidavit is executed.  The court finds the defendant  ☐ able  ✔ unable to employ counsel.
- ☐ CJA Panel Attorney _____ Appointed
- ☐ CJA Order created in eVoucher  ✔ U.S. Pub Defender  Gary Bonneaux  Appointed
- ☐ Gvt made oral m/continue detention hrg. ☐ Oral Order granting m/ continue of detention hrg.
- ☐ Dft bond  ☐ set  ☐ reset to $ 50,000  ☐ cash  ☐ surety  ☐ 10 %  ☐ PR  ☐ unsecured
- ☐ Order setting conditions of release  ☐ Bond executed, dft released;  ☐ Not executed at this time
- ☐ Conditions of Release set by Court but the dft could not meet condition at this time.
- ☐ Dft Oral Motion _____  ☐ Oral Court Order _____
- ☐ Gvt Oral Motion _____  ☐ Oral Court Order _____
- ☐ Attorney advised to file Application for Pro Hac Vice and instructed on procedure.

**ARRAIGNMENT**

- ✔ Arraignment on:  ✔ INDICTMENT
    - held on counts ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12
    - ✔ all counts;  other counts _____
- ✔ Dft appears:  ✔ with  ☐ w/o cnsl  ☐ pro se  ☐ Cnsl appears on behalf of deft
- ✔ Dft first appearance with counsel  ☐ CJA  ☐ Ret.  ✔ USPD
- ✔ Dft  ✔ sworn  ✔ physically/mentally ready  ✔ name verified  ✔ received copy of charges
- ✔ discussed charges with counsel  ✔ charges read  ☐ waived reading of charges;  ✔ No pressure to plead
- ✔ Dft enters a plea of:  ✔ (not guilty)  ☐ (guilty)
    - to counts:  ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12
    - ✔ all counts;  other counts
- ✔ Discovery order entered. Dft has 30 days or until _____ to file motions not covered by this order;
    - Gvt has 10 days or until _____ to respond.
- ✔ Final Pretrial Conference is set for December 12, 2016 at 10:00 am  before Judge CRONE
- ✔ Defendant remanded to custody USM  ✔ Defendant released on Bond
- ✔ The defendant consented to be detained  ✔ Order of Detention
- ✔ Minutes filed

ADJOURN  2:21 pm
Total Court Time  9 mins.